# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| R&V, Inc. | ) | Bankruptcy No. 11 B 17217 |
|  | ) | Chapter 11 |
|  | ) | |
| Debtor | ) | Judge Timothy A. Barnes |
|  | ) | |

To:     See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **September 25, 2012,** at the hour of 10:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Timothy A. Barnes in Courtroom 642 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Entry of Final Decree** a copy of which is hereby served upon you. You may appear if you so choose.

                    David P. Lloyd, Ltd.
                    615B S. LaGrange Rd.
                    LaGrange IL  60525
                    708-937-1264
                    Fax: 708-937-1265

## CERTIFICATE OF SERVICE

    I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated by insertion of an e-mail address, or by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 18th day of September, 2012.

                    _____/s/ David P. Lloyd_____
                         David P. Lloyd

| | | |
|---|---|---|
| Service List<br>R & V, Inc.<br>Case 11-17217 | American Business Consultants Corp<br>8 W Division St 3rd Floor<br>Chicago, IL 60610-2217 | M. H. Consulting, Inc.<br>8 W. Division St 3rd Floor<br>Chicago, IL 60610-2217 |
| R & V, Inc.<br>8 W. Division St.<br>3rd Floor<br>Chicago, IL 60610-2217 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 | 101 Systems<br>10412 South Kedvale<br>Oak Lawn, IL 60453-4822 |
| A Bar Sales<br>8130 47th Street<br>Lyons, IL 60534-1836 | A1 HVAC<br>1183 Brookstone Dr.<br>Carol Stream, IL 60188-3341 | AD Deluxe<br>5540 W. Harrison St.<br>Chicago, IL 60644-5032 |
| ARAMark<br>1101 Market St.<br>Philadelphia, PA 19107-2988 | AT&T<br>Bankruptcy Department<br>P. O. Box 769<br>Arlington, TX 76004-0769 | Aerex Pest Control<br>4301 Wilmette Avenue<br>Rolling Meadows, IL 60008-1141 |
| Allied Waste Management<br>2608 South Damen<br>Chicago, IL 60608-5209 | American Business Consultants, Inc.<br>8 West Division Street<br>3rd Floor<br>Chicago, IL 60610-2217 | American Leisure, LLC<br>42 Memorial Plz Suite 200<br>Pleasantville, NY 10570-2943 |
| Amir Saffarian<br>c/o Edmund J. Scanlan<br>8 S. Michigan Av., Suite 2700<br>Chicago, IL 60603-3327 | Anna Styrczula<br>c/o Glen J. Dunn & Assoc.<br>35 E. Wacker Dr., Suite 6<br>Chicago, IL 60601-2119 | Aramark Supply<br>10 South Dearborn Suite 1<br>Chicago, IL 60603-2317 |
| Automatic Icemakers<br>3725 N. Talman<br>Chicago, IL 60618-4712 | (c)BARRY HOLT<br>70 W MADISON ST STE 2100<br>CHICAGO IL  60602-4253 | Benjamin and Shapiro, Ltd.<br>180 N. LaSalle Suite 2600<br>Chicago, IL 60601-2706 |
| Berkowitz, Greg/ GB Properties<br>Northside Management Inc.<br>125 N. Halstead, Suite 203<br>Chicago, IL 60661-2159 | Bhandari Consulting<br>6410 North Spokane, #1<br>Chicago, IL 60646-2918 | Cash Register Services Inc<br>3300-04 North Harlem Avenue<br>Chicago, IL 60634-3699 |
| Chicago Tribune<br>TT300<br>435 N. Michigan Ave.<br>Chicago, IL 60611-4066 | City of Chicago<br>Department of Revenue<br>Bureau of Parking Bankruptcy<br>121 N LaSalle St Room 107A<br>Chicago IL 60602-1232 | City of Chicago<br>Dept. of Buildings<br>120 N. Racine, 1st Floor<br>Chicago, IL 60607-2010 |
| City of Chicago<br>Dept. of Water<br>3901 S. Ashland Ave.<br>Chicago, IL 60609-2327 | Clerk of the Circuit Court<br>of Cook County<br>555 W. Herrison<br>Chicago, IL 60607-4374 | Comcast<br>1255 West North Avenue<br>Chicago, IL 60642-1562 |

| | | |
|---|---|---|
| Commonwealth Edison<br>Revenue Management Dept.<br>2100 Swift Drive<br>Oak Brook, IL 60523-1559 | Corona Corp.<br>404 East North Avenue<br>Northlake, IL 60164-2600 | Corporate Safe Specialists<br>14800 South McKinley Avenue<br>Posen, IL 60469-1547 |
| Cosmopolitan Textile<br>4508 West 45th Street<br>Chicago, IL 60632 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Derek Monsour<br>Attorney at Law<br>6300 Carmell Road, Suite 110-W<br>Charlotte, NC 28226-8277 |
| Dime Promotions, Inc.<br>1720 N. Halsted St.<br>Suite 302<br>Chicago, IL 60614-5593 | Directtv<br>PO Box 9001069<br>Louisville, KY 40290-1069 | Distin Reach<br>c/o Steven D. Gertler<br>415 N. LaSalle St.<br>Chicago, IL 60610 |
| Dustin Reach<br>c/o Steven D. Gertler & Associates LTD.<br>415 N. LaSalle Drive, Suite 402<br>Chicago, IL 60654-2742 | Edward Don & Company<br>2500 S Harlem Ave.<br>Riverside, IL 60546-1473 | Foran Glennon Palandech Ponzi & Rudloff PC<br>222 North La Salle Street, Suite 1400<br>Chicago, IL 60601-1059 |
| Game Plan Marketing<br>8 W Division Street 3rd Fl<br>Chicago, IL 60610-2217 | Gavigan, Timothy<br>42 Memorial Plz Suite 200<br>Pleasantville, NY 10570-2943 | Gray, Gray & Gray<br>34 Southwest Park<br>Westwood, MA 02090-1548 |
| H & T Consulting<br>HA, LLC<br>6300 Carmel Road, Suite 110 W<br>Charlotte, NC 28226-8277 | Harkleroad, Pat<br>42 Memorial Plz Suite 200<br>Pleasantville, NY 10570-2943 | Illinois Department of Employment Security<br>Benefit Payment Control Division<br>PO Box 4385<br>Chicago IL 60680-4385 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664-0338 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | Illinois Dept. of Revenue<br>PO Box 64300<br>Chicago, IL 60664-0300 |
| Illinois Dept. of Revenue<br>Retailers Occupation Tax<br>Springfield, IL 62776-0001 | Internal Revenue Service<br>PO Box 219690<br>Kansas City, MO 64121-9690 | Keller Lock and Safe<br>516 North Ogden, #127<br>Chicago, IL 60642-6421 |
| Kelly & King<br>Suite 2825<br>200 W Adams Street<br>Chicago, IL 60606-5227 | King-Forman Insurance Agency, Inc<br>2604 East Dempster Street, #501<br>Park Ridge, IL 60068-8429 | Krazny & Co.<br>2829 N. Clybourn Ave<br>Chicago, IL 60618-8201 |
| Lakeshore Waste Services<br>6132 Oakton Street<br>Morton Grove, IL 60053-2718 | Legal Tees<br>PO Box 56624<br>Chicago, IL 60656-0624 | Liam Barany<br>c/o Fabbrini Law Group<br>203 N. LaSalle St., Suite 2100<br>Chicago, IL 60601-1226 |

Lou Wolf
North Side Mgmt
125 N. Holstead, Suite 203
Chicago, IL 60661-2159

M.H. Consulting, Inc.
8 W. Division St.
Chicago, IL 60610-2217

Mickey's Linen
4601 W Addison
Chicago, IL 60641-9911

NCLA, Inc.
8 West Division Street
Third Floor
Chicago, IL 60610-2217

New Concept Renovators, Inc.
4312 North Kedvale Avenue
Chicago, IL 60641-2199

P.E. Services, Inc.
8 W. Division St.
3rd Floor
Chicago, IL 60610-2217

Palomar International Corp
Suite 950
1600 RiverEdge Parkway
Atlanta, GA 30328-5808

Paul Borde
42 Memorial Plz Suite 200
Pleasantville, NY 10570-2943

Peoples Gas Light & Coke Company
130 E. Randolph Dr.
Chicago, IL 60601-6203

Precision Pours, Inc.
PO Box 47630
Plymouth, MN 55447-0630

Reader Newspaper
11 E Illinois St
Chicago, IL 60611-5652

Red Bull North America, Inc.
Wirtz Beverage Illinois LLC
P.O. Box 809180
Chicago, IL 60680-9180

Red Eye
435 N Michigan Ave
Chicago, IL 60611

Robert Castillo
c/o Muldoon & Muldoon P.C.
10 S. LaSalle St., Suite 2900
Chicago, IL 60603-1055

Rory Beer
c/o Robert J. Zotti
1761 S. Naperville Rd.
Wheaton, IL 60189-5846

SCB Consulting
4126 N. Lavergne Ave
Chicago, IL 60641-1713

Savalno and Spears
105 Fairbanks St
Addison, IL 60101-3119

Schultz Supplies
3215 S 59th Ave
Cicero, IL 60804-3805

Swanel Soda
6044 Erie Av.
Hammond, IN 46320-2532

Sysco
250 Wieboldt Drive
Des Plaines, IL 60016-3192

Tequila Murphy Management LLC
8 W. Division
3rd Floor
Chicago, IL 60610-2217

Terminix
860 Ridge Lake Blvd.
Memphis, TN 38120-9424

United States of Personnel Mangmt
PO Box 618
Boyers, PA 16018-0618

Veolla Envirmnental
4612 W Lake Street
Melrose Park, IL 60160-2747

Webster Powell
320 W Ohio Suite 503
Chicago, IL 60654-7816

White Group
Suite 110-W
6300 Carmell Road
Charlotte, NC 28226-8277

Wire Wizard
216 E. Main St.
Plano, IL 60545-1526

Anna Styrczula
8 West Monroe
Unit 1910
Chicago, IL 60603-2453

Barry Holt
Three First National Plaza Suite 2100
70 West Madison
Chicago, IL 60602-4252

David P Lloyd
1900 Ravinia Place
Orland Park, IL 60462-3760

David P Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange, IL 60525-6864

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Robert Castillo
c/o Muldoon & Muldoon, LLC
10 S. LaSalle Street
Suite 2900
Chicago, IL 60603-1055

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| R&V, Inc. ) | Bankruptcy No. 11 B 17217 |
| ) | Chapter 11 |
| Debtor ) | Judge Timothy A. Barnes |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Debtor, R&V, Inc., by and through its attorney, David P. Lloyd, and moves this honorable Court for entry of a final decreee in this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on April 22, 2011. The Debtor's Plan was confirmed on July 18, 2012.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. All priority claims have been resolved.

4. The Debtor has made the first plan payment toward holders of general unsecured claims.

5. Evidence of the payments of the above are set forth on the attached exhibit.

6. Said payments constitute substantial consummation of the confirmed plan and this case should now be closed.

WHEREFORE the Debtor prays that the Court enter a final decree and direct the Clerk of the Court to close the case.

        Respectfully submitted,
        R&V, Inc.


        By:\_\_\_\_/s/ David P. Lloyd\_\_\_\_\_
            Its attorney

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265